THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ERNEST LEE EDWARDS, Appellant.

Argued November 22, 1955; decided February 16, 1956.

*Harris B. Steinberg, Abraham H. Brodsky, Manuel J. Steinberg* and *Richard A. Green* for appellant.

*Edward S. Silver, District Attorney* (*William I. Siegel* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.